2017 ND 130

**Caleb Wesley JUNAS, Appellant**

v.

**DIRECTOR, NORTH DAKOTA DE-PARTMENT OF TRANSPOR-TATION, Appellee**

No. 20160440

Supreme Court of North Dakota.

Filed 6/7/2017

Danny L. Herbel, Bismarck, ND, for appellant.

Michael T. Pitcher, Office of the Attorney General, Bismarck, ND, for appellee.

Per Curiam.

[¶ 1] Caleb Junas appealed from a judgment affirming a Department of Transportation decision suspending his driving privileges for 91 days after he submitted to a warrantless blood test incident to arrest and the result of that test established an alcohol concentration above the legal limit. Junas argues he was illegally searched and seized before he submitted to a preliminary breath test and he thereafter did not voluntarily consent to a warrantless blood test incident to his arrest.

[¶ 2] We affirm under N.D.R.App.P. 35.1(a)(5) and (7), *Beylund v. Levi*, 2017 ND 30, 889 N.W.2d 907 (holding exclusionary rule and North Dakota law do not require exclusion of results of warrantless blood test in civil administrative license suspension proceeding), and *Barrios–Flores v. Levi*, 2017 ND 117, 894 N.W.2d 888 (holding law enforcement officer may

request onsite screening test of driver's breath based on reasonable suspicion driver was driving while impaired).

[¶ 3] Gerald W. VandeWalle, C.J.

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers

Carol Ronning Kapsner